# COMPLAINT FORM
(for non-prisoner filers without lawyers)

FILED
JAN 09 2019
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

### IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

(Full name of plaintiff(s))

DAVID PAINTER

vs

(Full name of defendant(s))

CITY OF EVANSVILLE, EVANSVILLE POLICE CHIEF – BILLY BOLIN and

OFFICER ANNA GRAY in her official and individual capacity.

Case Number:

3:19-cv-9-RLY-MPB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of INDIANA (State) and resides at

830 Park Plaza Dr., Evansville, Indiana 47715
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant City of Evansville (Name) is (if a person or private corporation) a citizen of INDIANA (State, if known) and (if a person) resides at Civic Center Complex, 1 N.W. Martin Luther King Blvd., Room 302, Evansville, IN 47708
(Address, if known)
and (if the defendant harmed you while doing the defendant's job) worked for _____

Complaint – 1

(Employer's name and address, if known)

Defendant <u>Evansville Police Department /Evansville Police Chief Billy Bolin</u>_____(Name)

is (if a person or private corporation) a citizen of  <u>Indiana</u>_____

(State, if known)

and (if a person) resides at <u>15 N.W. Martin Luther King Blvd., Evansville, IN 47708</u>

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Evansville Police Department</u>_____

(Employer's name and address, if known)

Defendant <u>Officer Anna Gray</u>_____(Name)

is (if a person or private corporation) a citizen of  <u>Indiana</u>_____

(State, if known)

and (if a person) resides at <u>401 E. Columbia St., Evansville, IN 47711</u>___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Evansville Police Department</u>_____

(Employer's name and address, if known)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I believe the above listed Defendants violated my rights as protected by the U.S. Constitution and State Law. I believe my claims fall under Section 1983 and the 4th and 5th Amendments of the U.S. Constitution. I believe I was subjected to illegal search and seizure, false arrest, harassment and intimidation with malicious intent.

I believe the Defendants violated Indiana law when I was subjected to illegal search and seizure, false arrest, false imprisonment, battery, assault, harassment and intimidation with malicious intent.

Please see the attached pages for further detail.

Complaint – 2

**4. Short and plain statement of the facts on which the claim is based, including names, addresses and phone number of witnesses (if applicable), circumstances that brought about the loss, the time and place the loss occurred:** The Evansville Police Department, and certain of its officers, have engaged in a pattern of conduct that amounts to intimidation, harassment, defamation, and abuse of process, all directed towards the claimant, David Painter.

On January 12, 2017, David Painter was arrested, booked, and taken to jail on the charge of Obstructing Traffic (2 Counts). The charges were initiated by Evansville Police Officer Anna Gray. At no time before the charges were filed was Mr. Painter ever interviewed by the police with regard to the allegations.

The arrest was made allegedly because David Painter did not appear in court to face the charges of Obstructing Traffic so a bench warrant was issued for him. David Painter knew nothing about the charges until after he was arrested. No ticket had been given to him, no other official notification was received by him.

The so-called victims of the Obstructing Traffic were David Painter's neighbors, Mark Lewis and Alyson Lewis. For years, there have been disputes between the neighbors. Anna Gray and other unknown Evansville Police Officers have assisted in the harassment of David Painter, dating back to 2013 when Mr. Painter was charged with Stalking (a Class D Felony) and Harassment (a Class B Misdemeanor). At no time before the charges were filed was Mr. Painter ever interviewed by police with regard to the allegations. For some unknown reason, the Evansville Police Department sent a SWAT team and a German Shepherd "police dog" to Mr. Painter's house to serve the warrant. He was not there, but they forcefully entered his house, frightening Mr. Painter's wife in the process. (She was told by Officer Saltzman that her husband "is in a lot of trouble," and that he had been told by Anna Gray that she was going to teach him a lesson about how to get along with his neighbors. Mr. Painter was arrested at his work place at Toyota, was held in the Gibson County Jail until 3:00 a.m., and then taken to the Vanderburgh County Jail, before making an appearance in court that next morning. WFIE Channel 14 Television covered the initial hearing that day. It was four years from this arrest until dismissal of the charges.

In between the 2013 arrest until the most recent arrest in 2017, there were numerous other instances which show the ulterior purpose of the police assisting the Lewis's in their harassment and intimidation of Mr. Painter, including, but not limited to, the following:

- a battery on Mr. Painter on November 27, 2014; police made a run to his address, and all the report says is "an officer spoke with victim, who reported the suspect hit him twice.

- On Thanksgiving night, 2014, exterior cameras (installed by David Painter) recorded an incident when Mark Lewis attacked Mr. Painter from behind as he was entering his home, pushing him inside. Even with this evidence, police continued with their pattern of assisting the Lewis family.

2

- when Mr. Painter was attacked on August 8, 2015 by Justin Lewis, (who later admitted the assault in Juvenile Court), Mr. Painter was issued a citation by the police officer for provocation.

- on September 12, 2015, Mr. Painter called police regarding Mark Lewis and Alyson Lewis approaching him and harassing him just after he pulled in his driveway. When the police arrived at the scene, they reported that the Lewis's were "highly intoxicated" yet no arrests were made.

- Police investigated another incident of intimidation by Tanner Lewis, a juvenile, when he came up to Mr. Painter's driveway, yelled profanities, and threatened to beat him up. This incident was witnessed by two neighbors, confirming that the profanities were threatening in nature; yet, no action taken by the Prosecutor's Office.

- In late 2016, two policemen show up in front of Mr. Painter's house, where he had a truck parked. They put a sticker on it, saying that if it wasn't moved, it would be towed off, so Mr. Painter moved it down the street about 20 feet. Then, a few days later, two other police came to his house, said that they had received a complaint (Lewis?) and that the truck should have been moved off the street and that they were going to tow the truck. When Mr. Painter got irate about this, the police threatened to arrest him, so he went back inside his home. From there, he saw his truck being towed away as the police stood there.

- When he was arrested on January 12, 2017 (referenced above), one of the same policemen who had made the calls to Mr. Painter's house to talk to him about his truck, arrived at his house, arrested him, handcuffed him, and took him to jail. <u>Anna Gray</u> was with them; it was she who personally filed the papers once arriving there. No one told Mr. Painter why he was being arrested until he asked a jailer at the Vanderburgh County Jail.

- 2016--Police park their SWAT team vehicle ("neighborhood surveillance unit") in front of Mr. Painter's house. It remained there for three days. Whether it was "manned" Mr. Painter does not know. What he does know is that it was placed there for the purposes of harassment and intimidation.

**5. Damage(s) and/or injury sustained:** the pain and suffering caused by emotional distress when he was unnecessarily arrested, and the defamation caused by the subsequent broadcast of the event on local television.

**6. Extent of loss or repair if known (copies of estimates, bills, receipts, photos, etc., may be provided if possible):** Mr. Painter incurred attorney's fees in excess of $24,000. His medical bills from the assault by Justin Lewis were $7,500.

All of this could have been prevented had the Lewis family not been encouraged to continue their actions by the inaction of the Evansville Police Department and its conspiracy to badger, bait, and pursue Mr. Painter.

3

_____
_____

C. **JURISDICTION**

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am seeking compensation for pain and suffering, payment for all attorneys' fees and costs related to this matter, a written apology from all of the Defendants and an order to stop the Defendants from any further harassment of me.

_____

**JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __9__ day of __January__ 20_19_.

Respectfully Submitted,

_____
Signature of Plaintiff

812-205-3376
Plaintiff's Telephone Number

Complaint – 3

_No Email_
Plaintiff's Email Address

_830 Park Plaza Drive_
_Evansville IN 47715_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☑ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.