UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| DAVID PAINTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00009-JPH-MPB |
| | ) | |
| ANNA GRAY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now

enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff.  Plaintiff

shall take nothing by her complaint and this action is terminated.

Date:  2/2/2022

Roger A. G. Sharpe, Clerk

By: _____
     Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Andrew C. Carroll
LAW OFFICES OF STEVEN K. DEIG, LLC
andrew@deiglaw.com

Michael C. Keating
LAW OFFICES OF STEVEN K. DEIG, LLC
michael@deiglaw.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com